UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA KINKER,

    Plaintiff,

                                               Case No: 8:23-CV-00086-JSM-JSS

v.

AMERICAN RELIABLE
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

COMES NOW defendant, American Reliable Insurance Company, pursuant to Local Rule 3.09, and with the consent of plaintiff, Patricia Kinker, and hereby advises the Court that the parties have reached a settlement in principle as to all claims in the above-captioned matter. Counsel for Defendant has prepared a draft, formal settlement and release agreement, which is currently being reviewed by each of the parties. A stipulation of dismissal with prejudice will subsequently be filed after the settlement and release agreement has been fully executed by the parties, and the settlement funds have been exchanged.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Dated: May 25, 2023

        Respectfully submitted,

        ZELLE LLP

   By:  <u>s/ Jason M. Chodos</u>
        Jason M. Chodos, Esq. (FL Bar No. 025823)
        jchodos@zellelaw.com
        110 E. Broward Blvd., Suite 2000
        Fort Lauderdale, FL 33301
        Tel.: (786) 693-2351
        Fax: (612) 336-9100
        *Attorneys for Defendant,*
        *American Reliable Insurance Company*

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

PATRICIA KINKER,

    Plaintiff,

                                                 Case No: 8:23-CV-00086-JSM-JSS

v.

AMERICAN RELIABLE
INSURANCE COMPANY,

    Defendant.
_____/

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                   s/ Jason M. Chodos
                                                 Jason M. Chodos, Esq. (FL Bar No. 025823)
                                                 jchodos@zellelaw.com
                                                 110 E. Broward Blvd., Suite 2000
                                                 Fort Lauderdale, FL 33301
                                                 Tel.: (786) 693-2351
                                                 Fax: (612) 336-9100
                                                 *Counsel for Defendant,*
                                                 *American Reliable Insurance Company*

## SERVICE LIST

## Kinker v. American Reliable Ins. Co.

## Case No. 8:23-cv-00086-JSM-JSS

## United States District Court, Middle District of Florida

Brittany Birs, Esq.
Cohen Law Group, P.A.
350 North Lake Destiny Road
Maitland, FL 32751
Tel.: (407) 478-4878
*Attorneys for Plaintiff,*
*Patricia Kinker*
Served via transmission of Notice of
Electronic Filing generated by CM/ECF